UNITED STATES *v.* KESTERSON ET AL.

No. 46. Submitted November 14, 1935.—Decided December 9, 1935.

*Mr. Gordon Dean,* with whom *Solicitor General Reed, Assistant Attorney General Keenan* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* were on the brief, submitted for the United States.

*Mr. Frank Hickman* submitted for respondents.

MR. JUSTICE ROBERTS delivered the opinion of the Court.

This case, like the case next preceding, involves the validity of § 701 of the Revenue Act of 1926. The Circuit Court of Appeals reversed judgments of conviction under an indictment charging engaging in the business of a retail liquor dealer contrary to the laws of Oklahoma on August 17, 1934. 8 F. Supp. 680; 76 F. (2d) 913.

For the reasons given in the opinion in the other case the judgment is                                              *Affirmed.*

MR. JUSTICE BRANDEIS, MR. JUSTICE STONE and MR. JUSTICE CARDOZO dissent for the reasons stated in MR. JUSTICE CARDOZO's opinion in *United States* v. *Constantine, ante,* p. 287.